DOMINICA C. ANDERSON (SBN: 2988)
TYSON E. HAFEN (SBN: 13139)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Telephone: 702.868.2600
Facsimile:  702.385.6862
E-Mail:  dcanderson@duanemorris.com
            tehafen@duanemorris.com

Attorneys for Defendant
*K&K Insurance Group, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| M&J CHURCHFIELD FAMILY LIMITED PARTNERSHIP d/b/a DOUBLE DICE RV PARK,<br><br>Plaintiff,<br><br>v.<br><br>K&K INSURANCE GROUP, INC., d/b/a K&K INSURANCE,<br><br>Defendant. | Civil Action No.:  2:20-cv-00924-RFB-DJA<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR DEFENDANT K&K INSURANCE GROUP, INC., TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant K&K Insurance Group, Inc. ("K&K"), has requested an extension of time within which to answer, move or otherwise respond to the complaint in this matter and plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-1 and 6-2, IT IS HEREBY STIPULATED by and among counsel, that K&K's time to answer, move or otherwise respond to the complaint in this action is extended 30-days from June 19, 2020, through and including July 20, 2020.

The request was made by K&K because it recently retained counsel in this matter who need additional time to request and obtain documents from K&K and analyze the facts and claims alleged in the complaint.

1  This stipulation is filed in good faith and not intended to cause delay.

2  LEVIN SEDRAN & BERMAN LLP                DUANE MORRIS LLP

4  By:  /s/ *Daniel Levin*                        By:  /s/ *Tyson E. Hafen*
         Daniel Levin                                   Dominica C. Anderson (SBN 2988)
                                                        Tyson E. Hafen (SBN 13139)
5  Attorneys for *Plaintiff*                     Attorneys for Defendants *K&K Insurance Group, Inc.*

8  **IT IS SO ORDERED:**

   _____
10 UNITED STATES MAGISTRATE JUDGE

11   DATED: June 10, 2020