DOMINICA C. ANDERSON (SBN: 2988)
TYSON E. HAFEN (SBN: 13139)
DANIEL B. HEIDTKE (SBN 12975)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Telephone: 702.868.2600
Facsimile:  702.385.6862
E-Mail:  dcanderson@duanemorris.com
         tehafen@duanemorris.com
         dbheidtke@duanemorris.com

Attorneys for Defendant
*National Casualty Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| M&J CHURCHFIELD FAMILY LIMITED PARTNERSHIP d/b/a DOUBLE DICE RV PARK,<br><br>Plaintiff,<br><br>v.<br><br>K&K INSURANCE GROUP, INC., d/b/a K&K INSURANCE, NATIONAL CASUALTY COMPANY,<br><br>Defendants. | Civil Action No.:  2:20-cv-00924-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CASUALTY COMPANY TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff M&J Churchfield Family Limited Partnership d/b/a Double Dice RV Park ("Double Dice") and Defendant National Casualty Company ("NCC"), by and through their respective counsel of record, and pursuant to Local Rules IA 6-1 and 6-2, and Federal Rules of Civil Procedure Rule 6, hereby stipulate and agree as follows:

WHEREAS, Double Dice filed its complaint (ECF No. 1) on May 22, 2020;

WHEREAS, pursuant to a written agreement and stipulation between all parties, Double Dice filed its first amended complaint (ECF No. 9; herein, "FAC") on July 16, 2020, which renders July 30, 2020, as NCC's deadline to respond;

WHEREAS, NCC has requested, and Double Dice has agreed to, an extension of time to file

an answer or other responsive pleading to the FAC;

WHEREAS, Double Dice and NCC have agreed that NCC may file its answer or other responsive pleading to the FAC on or before **Tuesday, August 4, 2020**;

WHEREAS, Double Dice and NCC agree that the short, three-business day extension from July 30, 2020 to August 4, 2020, will not materially impact this matter, but will instead allow NCC to obtain the documents and information necessary to respond to the FAC and submit the necessary preliminary filings associated with NCC's first substantive appearance in this matter;

WHEREAS, Fed.R.Civ.P. 6(b) requires the Court to approve an extension of time for Defendant to file an answer, and therefore Double Dice and NCC collectively request the Court approve the stipulation, and HEREBY STIPULATE AND AGREE as set forth below:

a. This is the Parties' first stipulation for an enlargement of time to answer the First Amended Complaint;

b. The Parties stipulate and agree that the deadline for NCC to file an answer, move or otherwise respond to the FAC shall be extended to **August 4, 2020**; and

c. This stipulation is made in good faith and not made for purposes of delay.

IT IS SO STIPULATED.

LEVIN SEDRAN & BERMAN LLP

By: */s/ Daniel Levin*
    Daniel Levin

Attorneys for *Plaintiff*

DUANE MORRIS LLP

By: */s/ Dominica C. Anderson*
    Dominica C. Anderson (SBN 2988)
    Tyson E. Hafen (SBN 13139)
    Daniel B. Heidtke (SBN 12975)

Attorneys for Defendant *NCC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 31, 2020